UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                             :
 In re                                                       :
                                                             :
 Subpoena to The Nielsen Company (US), LLC                   :   20 Misc. 300 (LGS)
                                                             :
                                                             :   ORDER
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiffs in the underlying litigation *Maeda et al. v. Kennedy Endeavors, Inc.*, No. 1:18-cv-00459-JAO-WRP (D. Haw.) moved to compel non-party The Nielsen Company (US), LLC ("Nielsen") to produce documents in response to Plaintiffs' subpoena served April 13, 2020.

WHEREAS, Federal Rule of Civil Procedure 45(d)(2)(B)(i) provides, "At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection."

WHEREAS, Plaintiffs' submissions do not state that they have notified Nielsen of their August 24, 2020, motion to compel.  It is hereby

**ORDERED** that by **August 31, 2020**, Plaintiffs shall file an affidavit of service reflecting service on Nielsen of their August 24, 2020, motion to compel.

Dated: August 27, 2020
       New York, New York

                                              **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**